In the Matter of the Application of the GRADE CROSSING COMMISSIONERS OF THE CITY OF BUFFALO for the Appointment of Commissioners to Ascertain the Compensation to Owners of Land Injured by the Change of Grade of Colvin Street.

THE FIDELITY TRUST COMPANY et al., Appellants; THE GRADE CROSSING COMMISSIONERS OF THE CITY OF BUFFALO et al., Respondents.

*Matter of Grade Crossing Comrs. Buffalo,* 166 App. Div. 964, affirmed.

(Argued June 1, 1915; decided July 13, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered

January 6, 1915, which affirmed an order of Special Term confirming the report of commissioners of appraisal in change of grade damage proceedings.

*Louis L. Babcock* for appellants.

*William S. Rann, Corporation Counsel* (*Jeremiah J. Hurley* of counsel), *Alfred L. Becker, Myron S. Short* and *De Witt Clinton* for respondents.

Order affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, HOGAN, MILLER and SEABURY, JJ. Not voting: CUDDEBACK, J.